## STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## OFFICIAL SYLLABI
### Ohio Appeals

ORDER OF UNITED COMMERCIAL
TRAVELERS v. ETCHEN.

Ohio Appeals, 2nd Dist., Franklin Co.

E. W. Dillon and Ralph E. Weaver, Columbus, for Commercial Travelers.

Hugh Huntington, Frank M. Raymund and John A Millener, Columbus, for Etchen.

KUNKLE, J.

INSURANCE.

(310 F2) A provision in a fraternal beneficiary certificate of insurance which provides that suits at law or in equity can only be brought within six months after the claim is disallowed by the supreme executive committee is not enforceable, where the evidence shows that the beneficiary, during practically all of the six-month limitation, was irrational, and mentally incompetent to transact business.

(310 L2) The fact that the insured might have been suffering from an aneurism on the arch of the aorta does not prevent recovery by the beneficiary under the terms of the policy, where the evidence also shows that the insured met with a casualty causing serious injuries which left visible marks of violence on his head, which injuries were of such a nature as could have caused death. Under the circumstances disclosed by the record, the cause of the insured's death became a question for the determination of the jury.

For reference to full opinion, see Omnibus Index, last page, this issue.

## Ohio Supreme Court
## SYLLABI

GRANVILLE & NEWARK MOTOR SERVICE, INC. v. P. U. C.

Ohio Supreme Court.

Nos. 21068 and 21069. Decided June 13, 1928.

Error to P. U. C.

Order Affirmed.

By Editorial Staff.

AUTOMOBILES.

(50 Pb) Order of P. U. C., granting certificate to applicant best fitted to perform service, will not be disturbed unless unreasonable or unlawful.

For reference to full opinion, see Omnibus Index, last page, this issue.

## Weekly Report of
## NEW CASES DOCKETED

For full history of these cases see Omnibus Index, last page.

Aug. 21, 1928

21337—Geer, Adm. v. C. C. C. & St. L. Ry. Co.; motion for Crawford Appeals to certify. R. C. Sears and W. J. Geer for plaintiff; McBride & Wolfe for defendants.

21338—Starrett v. Hoover Band Co.; motion for Allen Appeals to certify. Mackenzie, Weadock, Mackenzie & Landis, Lima, for plaintiff; Melvin C. Light, Lima, for defendant.

ADAMS v. GORRELL.

Ohio Supreme Court.

No. 20765. Decided June 20, 1928.

Syllabus by Editorial Staff.

874. ORDINANCES—570a. Gasoline Stations.

Emergency Ordinance, embracing gasoline tank thereafter to be erected, but in no way attempting to regulate other similar open air gasoline tanks that were in daily operation, held invalid.

For reference to full opinion, see Omnibus Index, last page, this Issue.

STEUBENVILLE-CANTON TRANSPORTATION COMPANY v. P. U. C.

Ohio Supreme Court.

No. 21024. Decided June 20, 1928.

Syllabus by Editorial Staff.

793a.—MOTOR TRANSPORT—973a. Public Utilities Commission.

Extension of Certificate denied where proposed route paralleled existing line, and evidence insufficient to show service not reasonably adequate.

For reference to full opinion, see Omnibus Index, last page, this Issue.